BROWN WHITE & OSBORN LLP
KENNETH P. WHITE (SBN 173993)
333 S. Hope Street, 40th Floor
Los Angeles, CA 90071
Tel.: (213) 613-0500
Fax: (213) 613-0550
kwhite@brownwhitelaw.com

Local Counsel for Defendants
CIPLA, LTD. and CIPLA USA, INC.

WILEY REIN LLP
NEAL SETH (*Pro Hac Vice* forthcoming)
KARIN HESSLER (*Pro Hac Vice* forthcoming)
1776 K. Street NW
Washington, DC 20006
Tel.: 202.719.7000
Fax: 202.719.7049
nseth@wileyrein.com
khessler@wileyrein.com

Counsel for Defendants
CIPLA, LTD. and CIPLA USA, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE PATTON and KENDRICK KNIGHTEN,<br><br>Plaintiffs,<br><br>FOREST LABORATORIES, INC., RIVERSIDE COUNTY REGIONAL MEDICAL CENTER, TARGET CORPORATION, ALLERGAN, PLC., CVS PHARMACY, INC., TEVA PHARMACEUTICALS USA, INC., LUPIN PHARMACEUTICALS, INC., ALLERGAN, INC., CIPLA USA, INC., ACTAVIS, PLC., CIPLA LTD., and DOES 1-20, inclusive,<br><br>Defendants. | Case No. CV 17-00922 MWF-DTB<br><br>STIPULATION FOR EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)<br><br>New response date: July 27, 2017 |

1  Pursuant to Local Rule 8-3, the parties, Plaintiffs, STEPHANIE PATTON and
2  KENDRICK KNIGHTEN, and Defendants, CIPLA, LTD. And CIPLA USA, INC.,
3  by and through their counsel, hereby stipulate to an extension of time for Defendants
4  to respond to the initial complaint until July 27, 2017.

DATED: July 7, 2017          Respectfully submitted,

BROWN WHITE & OSBORN LLP

By  s/Kenneth P. White
    KENNETH P. WHITE
    Local Counsel for Defendants
    CIPLA, LTD. and
    CIPLA USA, INC.

DATED: July 7, 2017          Respectfully submitted,

By  Michael S. Traylor (w/permission)
    MICHAEL S. TRAYLOR
    Counsel for Plaintiffs
    STEPHANIE PATTON and
    KENDRICK KNIGHTEN