# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE PATTON, KENDRICK KNIGHTEN, and THE ESTATE OF KENNADI KNIGHTEN,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>FOREST LABORATORIES, INC.; FOREST PHARMACEUTICALS, INC.; ALLERGAN, INC.; and ALLERGAN SALES, LLC,<br><br>　　　　　Defendants. | Case No. EDCV-17-922-MWF (PLAx)<br><br>**FINAL JUDGMENT AS TO ALL CLAIMS AND PARTIES** |

　　　This action was timely removed to this Court on May 11, 2017. All claims have now been resolved against all parties, as follows:

　　　Plaintiffs' original Complaint asserted claims against Defendants Allergan, plc; Allergan, Inc.; Forest Laboratories, Inc.; Actavis, plc ("Actavis"); Lupin Pharmaceuticals, Inc. ("Lupin"); Cipla Ltd. and Cipla USA, Inc. (collectively, the "Cipla Defendants"); Teva Pharmaceuticals USA, Inc. ("Teva"); CVS Pharmacy,

1

Inc.; Target Corporation ("Target"); and the Riverside County Regional Medical Center ("RCRMC").

On July 6, 2017, Defendants Actavis and Allergan, plc, and all claims against them, were dismissed pursuant to the parties' Stipulation of Voluntary Dismissal of Foreign Corporate Defendants. (Docket No. 18).

On January 29, 2018, Plaintiffs filed their First Amended Complaint, asserting claims against Defendants Forest Laboratories, Inc. and Forest Pharmaceuticals, Inc. (together "Forest"); Allergan, Inc.; Lupin; the Cipla Defendants; Teva; CVS Health Corporation and CVS Pharmacy, Inc. (together "CVS"); Target; the County of Riverside (the "County"); and RCRMC. (Docket No. 85).

On February 2, 2018, the Cipla Defendants, and all claims against them, were dismissed by the Court's Order re Stipulation of Dismissal with Prejudice of Defendants Cipla Ltd. and Cipla USA, Inc. (Docket Nos. 86-87).

On May 10, 2018, Defendants Lupin, Teva, the County, RCRMC, CVS, and Target, and all claims against them, were dismissed as follows:

- Lupin, Teva, the County, and RCRMC by the Court's Order re Joint Motion of Defendants Lupin Pharmaceuticals, Inc. and Teva Pharmaceuticals USA, Inc. to Strike and Dismiss Plaintiffs' Amended Complaint; and
- CVS and Target by the Court's Order re CVS Pharmacy, Inc. and Target Corporation's Motion to Dismiss All Claims Against CVS Pharmacy, Inc. and Target Corporation.

(Docket No. 115).

On July 9, 2018, Plaintiffs filed their Second Amended Complaint, asserting claims against only Defendants Forest; Allergan, Inc.; and Allergan Sales, LLC (collectively, the "Allergan Defendants"). (Docket No. 124). Defendant Forest merged into Allergan Sales, LLC, which took over the defense of Forest.

On September 19, 2018, the Allergan Defendants, and all claims against them, were dismissed by the Court's Order re Allergan Sales, LLC, and Allergan, Inc.'s Motion to Dismiss Plaintiffs' Second Amended Complaint for Damages. (Docket No. 136).

Now, therefore, pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment be entered as follows:

1. Judgment on all claims is entered in favor of all Defendants and Plaintiffs shall take nothing by their Second Amended Complaint.
2. Defendants are awarded their costs as provided by law.

Dated: September 19, 2018

_____
MICHAEL W. FITZGERALD
United States District Judge